OSCv 2/00
RHK/AJB

## DISTRICT 279 – OSSEO AREA SCHOOLS
## STUDENT GROUP FRAMEWORK

|  | **Curricular** | **Non-Curricular** |
|---|---|---|
| **DEFINITION** | Related to the school's curriculum | Not related to the school's curriculum |
| **SCHOOL ROLE** | Sponsored by school | Not sponsored by school |
| **STUDENT ROLE** | Participant | • Leader; initiates group and activities<br>• Attendance is voluntary |
| **STAFF ROLE** | School personnel initiate, lead, advise, direct and participate | 1. Religious group<br>No school district personnel may sponsor, promote, lead or participate in any meeting of a religious student group. Staff members act in supervisory and custodial capacity only.<br>2. Secular group<br>No school district personnel may initiate activities or assume role of group leader. Staff members may guide, advise, direct, and participate. |
| **ACCESS FOR MEETINGS** | • May meet before school, during instructional time, or after school at the discretion of building principal<br>• May communicate via PA, Yearbook, scrolling screen or use other avenues of communication | Limited<br>• May meet before or after regular school day (not during school day)<br>• May not interfere with district or school operation<br>• May announce meeting by:<br>1. Placing poster on community bulletin board<br>2. Placing 8 ½ x 14 poster outside meeting space<br>3. Announcements should include a disclaimer that the activity is not school sponsored. (May **not** announce on PA, in yearbook, scrolling screen, or other avenues of communication.) |
| **MISCELLANEOUS** | • School funds may be expended<br>• Fundraising or field trips at principal discretion | • Groups must be open to all students<br>• No school funds expended<br>• No field trips<br>• Non-school persons may not conduct, control, or regularly attend<br>• No fundraising |

(Each site lists non-curricular groups on back)

SCANNED
SEP 1 2 2005
U.S. DISTRICT COURT MPLS

## MGSHS STUDENT GROUP STATUS
### 2005-2006 school year

### MGSHS Web Site Listing 2/28/05

| Group | Status |
|---|---|
| African American Group | Curriculum Related* |
| Asian Culture Group | Curriculum Related* |
| Chess Club | Non-curriculum Related |
| CRC (Career Resource Center) | Curriculum Related* |
| Crimson Cabinet/Council (Student Government) | Curriculum Related |
| Including: Service Council | |
| Spirit Council | |
| Diversity Council | |
| Crimson Harmony | Curriculum Related |
| Debate Team | Curriculum Related |
| Destination Imagination | Curriculum Related |
| Fall Musical | Curriculum Related |
| Foreign Exchange Group | Curriculum Related* |
| GLBTQ | Curriculum Related* |
| German Exchange Trip | Curriculum Related |
| Harbinger (School Newspaper) | Curriculum Related |
| International Club | No longer in existence |
| Jazz Band | Curriculum Related |
| *Pastiche* Literary and Visual Arts Magazine | Curriculum Related |
| Marching Band | Curriculum Related |
| Math League | Curriculum Related |
| National Honor Society | Curriculum Related |
| The Overtones | Curriculum Related |
| Peer Helpers | see Peer Tutors |
| Peer Tutors | Non-curriculum Related |
| Pep Band | Curriculum Related |
| Positive Leaders | No longer in existence |
| School Safety and Respect Committee | Non-student group |
| Student Technology Group | ** |
| Tennis | Curriculum Related |
| Web Team | No longer in existence |

### Groups Not Listed on Website

| Group | Status |
|---|---|
| Anime Club | Non-curriculum Related |
| Computer Games Club | Non-curriculum Related |
| French Club | Curriculum Related |
| Fellowship of Christian Athletes | Non-curriculum Related |
| SAGE | Non-curriculum Related |
| Students Against Destructive Decisions (SADD) | Curriculum Related |

| | |
|---|---|
| Student Prayer Group | Non-curriculum Related |
| Third Floor Salon | Non-curriculum Related |
| Young Democrats | Non-curriculum Related |
| Teenage Republicans | Non-curriculum Related |
| Bible Study | Non-curriculum Related |
| Link Crew | Curriculum Related |

\*   These groups are student support groups organized by the counseling department based upon student need.

\*\*   This is not a group but a few select students who provide assistance to the Media Technology Specialist during Foundations period and receive Foundations credit.