UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Straights and Gays for Equality
(SAGE), et al.,

        Plaintiff,                     Civil No. 05-2100 (RHK/AJB)

vs.                                    **DISQUALIFICATION AND**
                                        **ORDER FOR REASSIGNMENT**

Osseo Area Schools, District No.
279, et al.,

        Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 13, 2005

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge